STIP
J. Taylor Oblad, Esq.
Nevada Bar No. 11430
Justin L. Dewey, Esq.
Nevada Bar No. 14508
Tingey & Tingey
2001 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 333-0000
Facsimile: (702) 333-0001
taylor@tingeylawfirm.com
Justin@tingeylawfirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ALAN COOK,<br><br>    Plaintiff,<br>vs.<br><br>21ST CENTURY CENTENNIAL INSURANCE COMPANY,<br><br>    Defendant. | Case No: 2:18-cv-01639-JCM-GWF<br>Dept No: |

### STIPULATION AND ORDER REQUESTING STAY OF ALL PROCEDINGS

District Courts have broad discretion to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). The Ninth Circuit has described some factors when considering a stay. *CMAX, Inc. v. Hall*, 300m F.2d 265, 268 (9th Cir. 1962). Among those factors includes the "orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Id*. Plaintiff and Defendant are seeking a private mediation to hopefully resolve, or at least simply the issues presented to this Court.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

The parties hereby jointly request that this Court stay all litigation in this case, including all upcoming deadlines and discovery obligations, from February 11, 2019, to April 30, 2019. If the parties wish to continue the stay beyond April 30, 2019, they will inform the Court by separate filing. The parties are filing this joint stipulation due to their desire to enter in good faith, private mediation in an attempt to resolve their differences.

IT IS SO STIPULATED this 13th day of February 2019.

| Tingey & Tingey | The Feldman Firm |
|---|---|
| /s/ J. Taylor Oblad | /s/ David J. Feldman |
| J. Taylor Oblad, Esq. | David J. Feldman, Esq. |
| Justin L. Dewey, Esq. | Rachel J. Holzer, Esq. |
| 2001 W. Charleston Blvd. | 8845 W. Flamingo Rd. Ste 210 |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89147 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

<u>ORDER</u>

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to the stipulation of the parties, through their respective counsel, that the above-captioned matter is hereby stayed until April 30, 2019.

IT IS SO ORDERED February 15, 2019.

_____
UNITED STATES DISTRICT JUDGE
Dated \_\_ February 15, 2019 _____

Submitted by:

Tingey & Tingey

_____
J. Taylor Oblad, Esq.
Justin L. Dewey, Esq.
2001 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*